**United States District Court**
For the Northern District of California

*E-FILED - 3/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE EDWARD CAMPBELL,<br><br>        Petitioner,<br><br>    v.<br><br>I. D. CLAY, Warden, et al.,<br><br>        Respondents.<br>_____/ | No. C 09-2378 RMW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO RESPONDENTS' MOTION TO DISMISS<br><br>(Docket No. 12) |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. Respondents filed a motion to dismiss. On December 29, 2009, petitioner requested an extension of time to file his opposition to respondents' motion to dismiss. On January 25, 2010, the court received petitioner's opposition to respondents' motion to dismiss. Good cause appearing, the court GRANTS petitioner's request for an extension of time. Accordingly, petitioner's January 25, 2010 opposition is deemed timely filed.

IT IS SO ORDERED.

DATED: 3/23/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time for Petitioner to File Opposition to Respondents' Motion to Dismiss
P:\PRO-SE\SJ.Rmw\HC.09\Campbell378.EOT-Moot.wpd