1

2

3

4
*E-FILED - 8/2/10*

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MAURICE EDWARD CAMPBELL,          )          No. C 09-2378 RMW (PR)
                                       )
           Petitioner,                 )          ORDER OF TRANSFER
12                                     )
      v.                               )
13                                     )
     I.D. CLAY, Warden,                )
14                                     )
           Respondent.                 )
15                                     )
                                       )
16   _____

17        Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28

18   U.S.C. § 2254.  Petitioner seeks habeas relief from the execution of his sentence.  At the time

19   petitioner filed this petition, he was in custody at the Sierra Conservation Center in Tuolumne

20   County, which lies in the Eastern District of California.

21        Venue for a habeas action is proper in either the district of confinement or the district of

22   conviction, 28 U.S.C. § 2241(d); however, petitions challenging the manner in which a sentence

23   is being executed are preferably heard in the district of confinement.  See Habeas L.R. 2254-

24   3(b)(1); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  Here, the Eastern District of

25   California was the district of confinement.

26        Accordingly, this case is TRANSFERRED to the United States District Court for the

27   Eastern District of California, the district of petitioner's confinement when he filed this petition.

28   See 28 U.S.C. § 1404(a);  Habeas L.R. 2254-3(b)(1).  The clerk shall terminate all pending

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.09\Campbell378trans.wpd

1   motions from this court's docket and transfer the entire file to the Eastern District of California.

2      IT IS SO ORDERED.

3   DATED: ___7/30/10___

           *Ronald M. Whyte*

4         RONALD M. WHYTE
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.09\Campbell378trans.wpd    2